UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL C. ALVAREZ,
    Plaintiff,
    v.
SECRETARY OF THE DHS,
    Defendant.

Case No. 17-cv-02633-MEJ (PR)

**ORDER OF TRANSFER**

Plaintiff, a detainee at the Federal Correctional Institution in Herlong, California, filed a pro se complaint pursuant to 42 U.S.C. § 1983, alleging that the Department of Homeland Security violated his constitutional rights based on actions they took in Dallas, Texas, which lies within the United States District Court for the Northern District of Texas. Specifically, plaintiff alleges that the United States Citizenship and Immigration Services Texas Service Center erred in denying his alien worker petition. Because the acts complained of occurred in the Northern District of Texas, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Northern District of Texas. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Northern District of Texas.

**IT IS SO ORDERED.**

Dated: July 7, 2017

MARIA-ELENA JAMES
United States Magistrate Judge